IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THOMAS E. WHATLEY III | § | |
| Plaintiff, | § § § | |
| VS. | § | Case No. 4:11CV493 |
| CREDITWATCH SERVICES, LTD. | § § § | |
| Defendant. | § | |

### ORDER

Based on the notice filed by the parties (Dkt. 17), Ken Burdin has been designated and is hereby appointed as mediator in this case. The mediator's contact information is:  Burdin Mediations, 4514 Cole Avenue, Suite 1450, Dallas, TX 75205; (214) 528-141

The Court hereby **ORDERS** that this case be submitted to mediation in accordance with this Court's Mediation Plan. The mediator shall be responsible for communicating with counsel to coordinate a date for the mediation. Upon completion of the mediation, the mediator shall submit a report to the presiding judge within five days of the completion of the mediation conference.

**IT IS FURTHER ORDERED** that within five days of the date of this Order, the parties shall advise the Court whether they have completed their mediation in accordance with the Court's Scheduling Order (*See* Dkt. 13) or whether they seek an extension.

SO ORDERED.

SIGNED this 19th day of March, 2012.

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE