IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THOMAS E. WHATLEY III<br>　　Plaintiff, | §<br>§<br>§ | |
| VS. | §<br>§ | Case No. 4:11CV493 |
| CREDITWATCH SERVICES, LTD.<br>　　Defendant. | §<br>§<br>§ | |

## ORDER

Plaintiff has filed a Motion to Continue (Dkt. 57) the discovery hearing set for May 2, 2012 at 10:30 a.m. The Court notes that its written order sets both a 10:30 a.m. hearing and an 8:30 a.m. courthouse conference between counsel. Nonetheless, the motion is GRANTED and the Court will grant Plaintiff a brief continuance as to the May 2nd settings. Counsel are now directed to appear at the ***United States Courthouse, 7940 Preston Road, Plano, Texas 75024.*** at **8:30 a.m. on May 10, 2012** to confer personally about the discovery issues in dispute. A conference room will be reserved for counsel's use. Counsel are expected to dedicate the morning to confer in good faith as to the matters in dispute. Counsel are expected to narrow, if not resolve, the discovery issues prior to any Court intervention. The Court will conduct a hearing on any remaining issues at the conclusion of its 10:30 a.m. criminal docket. If it appears to the Court at the time of the hearing that counsel did not work to narrow the matters in dispute, the hearing may be cancelled or the parties may face other appropriate sanctions. **No further continuances will be granted.** If Plaintiff seeks to compel discovery, attendance is mandatory or an order denying the Motion will be entered.

　　SO ORDERED.
　　SIGNED this 1st day of May, 2012.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DON D. BUSH
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE