IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THOMAS E. WHATLEY III | § § | |
| Plaintiff, | § § | |
| VS. | § § | Case No. 4:11CV493 |
| CREDITWATCH SERVICES, LTD. | § § § | |
| Defendant. | § | |

## ORDER

The Court held a hearing on Plaintiff's Motion to Compel (Dkt. 50) on May 10, 2012. Having heard the arguments of counsel and as stated fully on the record, the motion is GRANTED in part and DENIED as MOOT in part as the matters no longer in issue. Defendant shall produce any responsive information as directed within 15 days.

    SO ORDERED.

    SIGNED this 11th day of May, 2012.

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE