# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| THOMAS E. WHATLEY III | § |
| Plaintiff, | § |
| VS. | § Case No. 4:11CV493 |
| CREDITWATCH SERVICES, LTD. | § |
| Defendant. | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 10, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Creditwatch Services, LTD's Motion to Dismiss (Dkt. 19) be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Defendant Creditwatch Services, LTD's Motion to Dismiss (Dkt. 19) is DENIED.

**IT IS SO ORDERED.**

**SIGNED this the 1st day of August, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE