# EXHIBIT "C"

# Weisberg & Meyers, LLC
# Attorney Profiles

**Alex Weisberg**

*Founding Partner*

5722 S. Flamingo Road
Suite 656
Cooper City, FL 33330

Telephone: (888) 595-9111, ext. 211
Facsimile: (866) 577-0963
Email: aweisberg@attorneysforconsumers.com

Alex Weisberg is a founding partner of Weisberg & Meyers, LLC and the managing partner of the Firm's Florida and Illinois practices.

Mr. Weisberg has been practicing consumer protection litigation exclusively since November of 2000. Mr. Weisberg has participated in hundreds of consumer arbitration hearings and has tried to jury verdict dozens of consumer protection cases in Florida, Illinois, Texas, New Mexico and Washington. Mr. Weisberg has also prevailed on appeal in Florida on such landmark issues as ensuring lessees of vehicles have federal breach of warranty rights throughout the State of Florida, by ensuring consumers successful in Lemon Law arbitrations still have the right to pursue other legal damages in a court of law, and by preventing automobile manufacturers from denying consumers their day in court by through adhesive arbitration agreements.

Mr. Weisberg was licensed to practice law in the State of Illinois in May 2000 and was subsequently admitted to the United States District Court, Northern District of Illinois in December 2000 and the Central District on June of 2001. Mr. Weisberg was licensed to practice law in the State of Florida in May 2002 and was subsequently licensed to practice law in the United States District Courts for the Middle and Northern Districts of Florida.

Notable Trial Victories

A Texas jury awarded a consumer $10,054 in damages for an automobile manufacturer's violations of the federal Magnuson-Moss Warranty Act. Judy Whitworth v. General Motors Corporation, Cause # A-124-134 (70th Judicial District, Ector County, Texas).

An Illinois jury awarded a consumer a brand new vehicle as a result of an automobile manufacturer's violations of the federal Magnuson-Moss Warranty Act. Jenny Dow v. General Motors Corporation, Cause # 01 M1 103929 (Cook County, Illinois).

Notable Appellate Decisions

The United States Court of Appeals for the Eleventh Circuit affirmed the district court's findings that a debt collector violated several provisions of the federal Fair Debt Collection Practices Act, that the debt collector was unable to take advantage of the bona fide error defense to the consumer's claims, and that the consumer was entitled to the maximum statutory damage award available. Ponce v. BCA Fin. Services, Inc., 467 F. App'x 806, 809 (11th Cir. 2012).

The United States Court of Appeals for the Eleventh Circuit endorsed a broad interpretation of the federal Fair Debt Collection Practices Act in finding that a "debt," as statutorily defined, is created where an obligation to pay arises from a transaction, even absent an extension of credit. Barry Oppenheim v. I.C. System, Inc., 627 F. 3d 833 (11th Cir. 2010).

Education

- J.D., The John Marshall Law School, 2000
- B.A. University of Florida, 1996

Bar Admissions

- Illinois
- Florida

Court Admissions

- U.S. Court of Appeals, Seventh Circuit
- U.S. Court of Appeals, Eleventh Circuit
- U.S. District Court, Northern District of Illinois
- U.S. District Court, Southern District of Illinois
- U.S. District Court, Southern District of Florida
- U.S. District Court, Middle District of Florida
- U.S. District Court, Northern District of Florida
- U.S. District Court, Western District of Oklahoma
- U.S. District Court, Colorado

Areas of Practice

- Appellate
- Consumer Litigation

**Aaron Radbil**

*Partner*

300 West Clarendon
Suite 200
Phoenix, AZ 85013

Telephone: (888) 595-9111, ext. 122
Facsimile: (866) 577-0963
Email: aradbil@attorneysforconsumers.com

Aaron Radbil focuses his practice on consumer finance litigation. He has successfully tried cases to verdict in state and federal courts throughout the country, and has successfully briefed and argued issues of significant consumer interest before state and federal courts of appeals spanning the nation. Mr. Radbil devotes a significant portion of his practice to class action litigation.

Education

- J.D., University of Miami School of Law, 2006
- B.A. University of Arizona, Cum Laude, 2002

Bar Admissions

- Illinois
- Florida

Court Admissions

- U.S. Court of Appeals, Fifth Circuit
- U.S. Court of Appeals, Seventh Circuit
- U.S. Court of Appeals, Ninth Circuit
- U.S. Court of Appeals, Tenth Circuit
- U.S. Court of Appeals, Eleventh Circuit
- U.S. District Court, Northern District of Illinois
- U.S. District Court, Southern District of Florida
- U.S. District Court, Middle District of Florida
- U.S. District Court, Western District of Tennessee.
- U.S. District Court, District of Colorado

Areas of Practice

- Appellate
- Consumer Finance Litigation

**Notable Trial Victories**

- A Texas federal jury awarded a consumer $121,000 in damages for a debt collector's violations of the Fair Debt Collection Practices Act, the Texas Debt Collection Practices Act, and the Texas Deceptive Trade Practices Act. *Guajardo v. GC Services, LP,* 4:08-cv-00119 (S.D. Tex.).

**Notable Appellate Decisions**

*Fifth Circuit Court of Appeals*

- The United States Court of Appeals for the Fifth Circuit reversed the district court's ruling granting a debt collector's post-trial motions for judgment as a matter of law, to alter or amend the verdict, and for a new trial, and remanded the case to the district court to enter judgment in the consumer's favor. *Guajardo v. GC Services, LP*, 11-20269, 2012 WL 5419505 (5th Cir. Nov. 7, 2012).

*Seventh Circuit Court of Appeals*

- The United States Court of Appeals for the Seventh Circuit, en banc, affirmed the district court's holding that the United States. sovereign immunity does not protect it, or its agencies, from liability under the federal Fair Credit Reporting Act. *Talley v. U.S. Dept. of Agric.*, 595 F. 3d 754 (7th Cir. 2010), reh'g en banc granted, opinion vacated (June 10, 2010), on rehearing en banc (September 24, 2010), decision affirmed, 09-2123, 2010 WL 5887796 (7th Cir. Oct. 1, 2010).

*Ninth Circuit Court of Appeals*

- The United States Court of Appeals for the Ninth Circuit reversed the district court's award of attorneys' fees against a consumer, noting that the district court failed to make necessary findings prior to issuing the award. *Sorensen v. Credit Int'l Corp.*, 475 F. App.x 244 (9th Cir. 2012).

*Eleventh Circuit Court of Appeals*

- The United States Court of Appeals for the Eleventh Circuit dismissed a debt collector's appeal for lack of subject matter jurisdiction, finding that settlement of all claims mooted the litigation, and that the debt collector did not adequately preserve its right to appeal an interlocutory order where it ultimately consented to the judgment into which the interlocutory order merged. *Yunker v. Allianceone Receivables Mgmt., Inc.*, 701 F.3d 369 (11th Cir. 2012).

- The United States Court of Appeals for the Eleventh Circuit affirmed the district court's findings that a debt collector violated several provisions of the Fair Debt Collection Practices Act, that the debt collector was unable to take advantage of the bona fide error defense to the consumers claims, and that the consumer was entitled to the maximum

statutory damage award available. *Ponce v. BCA Fin. Services, Inc.*, 467 F. App.x 806, 809 (11th Cir. 2012).

- The United States Court of Appeals for the Eleventh Circuit endorsed a broad interpretation of the Fair Debt Collection Practices Act, finding that a "debt," as statutorily defined, is created where an obligation to pay arises from a transaction, even absent an extension of credit. *Oppenheim v. I.C. System, Inc.,* 627 F. 3d 833 (11th Cir. 2010).

*Florida Supreme Court*

- The Florida Supreme Court held that a consumer who resolves a legal action with a warrantor, pursuant to Florida's offer of judgment statute, is a prevailing party under the Magnuson-Moss Warranty Act and may recover attorneys' fees as allowed by that statute. *Mady v. DaimlerChrysler Corp.,* 59 So. 3d 1129 (Fla. 2011).

*Florida District Courts of Appeals*

- The Fourth District Court of Appeals for the state of Florida reversed an award of attorneys' fees and costs entered against a Florida consumer, finding that an automobile manufacturer's formal offer of judgment failed to satisfy necessary substantive and procedural requirements. *Cano v. Hyundai Motor Am., Inc.,* 8 So. 3d 408 (Fla. 4th DCA 2009).

*Illinois District Courts of Appeals*

- The Second District Court of Appeals for the state of Illinois reversed an order dismissing an Illinois consumer's case for violation of the federal Magnuson-Moss Warranty Act, holding that an automobile buyer's ineligibility to participate in the manufacturer's dispute resolution process did not deprive him of his right to file suit under the Magnuson-Moss Warranty Act. *Jones v. Nissan N. Am., Inc.,* 385 Ill. App. 3d 740 (2d Dist. 2008).

Notable Class Action Litigation

- The United States District Court for the District of Arizona certified a class of approximately 423,000 individuals alleged injured by a debt collector's violations of the federal Fair Debt Collection Practices Act, and subsequently approved a settlement on behalf of class members located in Alaska, Arizona, California, Guam, Hawaii, Idaho, Nevada, Northern Mariana Islands, Montana, Oregon, and Washington. *Garo v. Global Credit & Collection Corporation,* 09-cv-02506 (D. Ariz.).

- A prospective class of individuals alleged that Southwest Airlines flew 46 Boeing 737s, on more than 60,000 flights, in violation of federal air-safety regulations governing the maintenance and operation of aircraft. *Billie Beason, et al v. Southwest Airlines*, 09-cv-04145 (N.D. Ill.).

**Marshall Meyers**

*Managing Partner*

300 West Clarendon
Suite 200
Phoenix, AZ 85013

Telephone: (888) 595-9111, ext. 111
Facsimile: (866) 565-1327
Email: mmeyers@attorneysforconsumers.com

Marshall Meyers is a founding partner of Weisberg & Meyers, LLC and the Firm's managing partner. He has been featured by numerous media outlets on consumer protection issues including Phoenix television Channel 5, Phoenix television Channel 12, KTAR radio, and the Today Show.

Mr. Meyers has devoted his entire professional career to the practice of consumer rights litigation and has represented thousands of consumers throughout Arizona and the nation. Mr. Meyers has successfully argued before the Arizona Supreme Court and Arizona appellate courts, as well as United States District courts throughout the nation, and has tried numerous cases to successful judgment across the country.

Mr. Meyers offers "Pro Consumer" FDCPA Compliance consulting to debt collection companies demonstrating a genuine interest in complying with the Fair Debt Collection Laws the Firm enforces. However, unlike typical compliance consulting, which focuses on how best to collect without breaking fair debt laws, Mr. Meyers' consulting services advise on how best to comply with FDCPA regulations while still collecting. This consumer-concentric approach analyzes existing collection methods from a consumer debtor's perspective, thereby offering the opportunity to identify and eradicate the very practices prompting aggrieved consumers to contact consumer protection firms like Weisberg and Meyers. Interested companies may contact Mr. Meyers for more information, but should be advised applications for services will not be considered if the Firm is currently engaged in litigation against the applying company.

Education

- J.D., The John Marshall Law School, Chicago, Illinois
- B.A., University of Florida

Bar Admissions

- Arizona

Court Admissions

- District of Arizona

- Northern District of Florida
- Northern & Southern Districts of Illinois
- Eastern District of Wisconsin
- Northern District of Indiana

Areas of Practice

- Consumer Protection Litigation
- Consumer Finance Litigation
- Class Action Litigation
- Compliance Consulting
- Lemon Law and Auto Fraud

Notable Litigation

- Martin and Barbara Garo v. Global Credit & Collection Corporation, 09-cv-02506 (D. Ariz.). - The United States District Court for the District of Arizona, in January of 2011, certified a class of approximately 50,000 individuals alleged inured by a debt collector's violations of the federal Fair Debt Collection Practices Act.

- Johnson v. Earnhardt's Gilbert Dodge, Inc., 212 Ariz. 381, 132 P.3d 825, Ariz., 2006. Arizona Supreme Court reversed trial court grant of summary judgment to dealer defendant, ruling a used car dealer may be a party to service contract with a consumer, thereby giving consumers implied warranty rights under federal law, even where dealer sales contract disclaims all implied warranties in sales contract.

- Muller v. Winnebago Industries, Inc., 318 F.Supp.2d 844 (D.Ariz. 2004). Arizona Federal court held Better Business Bureau Autoline program, which is wholly funded by the automotive industry, non-compliant with federal law based on failure to award incidental damages such as loss of use and aggravation and inconvenience damages, held consumer was not obligated to participate in Autoline program before filing suit.

**Noah D. Radbil**

*Managing Attorney, Texas Practice*

300 West Clarendon
Suite 200
Phoenix, AZ 85013

Telephone: (888) 595-9111, ext. 275
Facsimile: (866) 565-1327
Email: nradbil@attorneysforconsumers.com

Noah Radbil concentrates his practice on consumer finance litigation and has a broad practice background in complex commercial, intellectual property and environmental litigation. Mr. Radbil has successfully handled high stakes intellectual property, antitrust, environmental regulation, toxic tort aviation, labor union and commercial real estate matters nationwide. He has significant experience litigating mass action and class action lawsuits on behalf of plaintiff and defendants, with equal success, under state and federal securities, copyright, warranty and consumer protection laws, including the Fair Debt Collection Practices Act and Telephone Consumer Protection Act.

Education

- J.D., South Texas College of Law, 2009
- B.A., University of Texas at Austin, 2005

Experience

- Camara & Sibley, LLP, Houston, Texas
- Ahmad, Zavitsanos & Anaipakos, PC, Houston, Texas
- Clerkship for Texas Attorney General Greg Abbott
- Chief of Staff to Representative Bob Hunter, Vice Chairman of the House Regulated Industries Committee, 2005

Bar Admissions

- Texas

Court Admissions

- U.S. District Court, Northern District of Texas
- U.S. District Court, Eastern District of Texas
- U.S. District Court, Southern District of Texas
- U.S. District Court, Western District of Texas

Areas of Practice

- Consumer Finance Litigation
- Class Action Litigation

**Craig J. Ehrlich** (Of Counsel)

*Managing Attorney, Georgia Office*

300 West Clarendon
Suite 200
Phoenix, AZ 85013

Telephone: (888) 595-9111, ext. 250
Facsimile: (866) 577-0963
Email: cehrlich@attorneysforconsumers.com

Mr. Ehrlich has experience in a large number of areas of practice, including Criminal Law & Appellate Practice, Family Law & Divorce, Small Business & Contract Litigation, Personal Injury & Medical Malpractice Litigation, Employment Law, Bankruptcy Law and Lemon Law & Consumer Protection Law. Prior to joining Weisberg & Meyers, LLC, Mr. Ehrlich operated the Ehrlich Law Group, LLC, representing several Atlanta-based corporations as General Counsel, and conducted numerous successful jury and bench trials in Felony and Misdemeanor Criminal Cases, as well as Personal Injury and Divorce Cases where Mr. Ehrlich acted as lead counsel. Since 2010, Mr. Ehrlich has practiced exclusively in the area of Consumer Finance Litigation.

Education

- J.D., Emory University School of Law, 1999
- B.A. University of Florida, Cum Laude, 1994

Bar Admissions

- Georgia

Court Admissions

- U.S. District Court, Northern District of Georgia
- U.S. District Court, Middle District of Georgia
- U.S. District Court, Eastern District of Tennessee
- U.S. District Court, Western District of Tennessee
- U.S. District Court, District of Colorado

Areas of Practice

- Consumer Finance Litigation

**Tracey Tiedman**

*Managing Attorney, Colorado Office*

5363 S. Holland St
Littleton, CO 80123

Telephone: (888) 595-9111, ext. 215
Facsimile: (866) 565-1327
Email: ttiedman@attorneysforconsumers.com

Prior to joining Weisberg & Meyers, LLC, Ms. Tiedman worked with Gibson, Dunn & Crutcher LLP and was a litigation associate in their Denver Office. She specialized in complex commercial litigation, including insurance defense, breach of contract, securities fraud, products liability, and environmental law.

She also served as a Judicial Law Clerk for the Honorable David M. Ebel at the United States Court of Appeals for the Tenth Circuit. Ms. Tiedman received her Bachelor of Arts in English at Dartmouth College in 1988, graduating cum laude. At Dartmouth, she was a member of Delta Delta Delta Sorority, and she participated in a Foreign Study Program at the University of Toulouse, France. She then attended the Marshall-Wythe School of Law at the College of William and Mary and received her JD in 1991. She was the Editor-in-Chief of The William and Mary Law Review and a member of the Order of the Coif.

Related Educational Experience and Achievement

- Editor-in-Chief, William and Mary Law Review
- Order of the Coif, Marshall-Wythe School of Law

Related Professional Experience

- Judicial Law Clerk for the Honorable David M. Ebel, United States Court of Appeals for the Tenth Circuit
- Gibson, Dunn & Crutcher, LLP. Litigation associate specializing in complex commercial litigation, including insurance defense, breach of contract, securities fraud, products liability, and environmental law.
- Denver City Attorney's Office Intern

Education

- J.D., Marshall-Wythe School of Law, College of William and Mary, 1991
- B.A. English, cum laude, Dartmouth College, 1988

Bar Admissions

- Colorado

Court Admissions

- U.S. Court of Appeals, Tenth Circuit
- U.S. District Court, District of Colorado

Areas of Practice

- Appellate
- Consumer Finance Litigation

**Joe Panvini**

*Associate Attorney*

300 West Clarendon
Suite 200
Phoenix, AZ 85013

Telephone: (888) 595-9111, ext. 125
Facsimile: (866) 565-1327
Email: jpanvini@attorneysforconsumers.com

Joe Panvini has developed his practice of law to focus almost exclusively on litigation under consumer protection laws, such as the Fair Debt Collection Practices Act and the Telephone Consumer Protection Act. He represents consumers in individual and class action lawsuits, and has successfully briefed and argued complex consumer law issues in both state and federal courts. Originally from New York, Mr. Panvini moved to Phoenix, Arizona in 2003. Since then, he has served as a Mediator for the Maricopa County Justice Courts, and has worked for the Arizona State Senate and the Arizona Attorney General's Office. Mr. Panvini now serves as an associate attorney at Weisberg & Meyers and is committed to protecting the rights of consumers. Mr. Panvini also enjoys trivia, traveling, and New York Rangers hockey.

Education

- J.D., Sandra Day O'Connor College of Law, Arizona State University, 2010
- B.A. Philosophy, Arizona State University, Summa Cum Laude, 2007

Bar Admissions

- Arizona

Court Admissions

- U.S. District Court, District of Arizona
- U.S. District Court, District of Colorado
- U.S. District Court, Eastern District of Texas
- U.S. District Court, Western District of Texas
- U.S. District Court, Southern District of Texas
- U.S. District Court, Northern District of Texas

Areas of Practice

- Consumer Finance Litigation
- Consumer Protection

**Dennis R. Kurz (no longer with the firm)**

Dennis R. Kurz graduated from Seton Hall University School of Law with his JD degree in 2001. Following law school graduation, Mr. Kurz has been exclusively involved in civil litigation focusing on insurance defense and breach of warranty matters before Federal and State Courts. Prior to 2004, Mr. Kurz worked as an associate for a multi-state law firm defending major automobile manufacturers. It was during that time that Mr. Kurz first developed the unique skill set necessary for the successful representation of hundreds of clients in lemon law, breach of warranty and auto fraud claims as a plaintiff's attorney.

Mr. Kurz also served as a Judicial Law Clerk for the Honorable Daniel P. Mecca (J.S.C.), Bergen County Superior Court in Hackensack, New Jersey and for the Honorable E. Clayton Scofield III, U.S. District Court, Northern District of Georgia. Mr. Kurz is currently a member in good standing of the New York, New Jersey, Georgia, Washington, and Texas Bars.


**Russell S. Thompson IV (no longer with the firm)**

Mr. Thompson joined Weisberg & Meyers as a law clerk in 2010. Mr. Thompson attended Plattsburgh State University in Plattsburgh, New York where he graduated with a B.A. in Political Science and a minor in Economics. While attending Plattsburgh State University, Mr. Thompson was on the Dean's List and a member of Pi Sigma Alpha, the National Political Science Honor Society. Mr. Thompson then attended Florida Coastal School of Law in Jacksonville, Florida for his first year of law school where he was on the Dean's List and received a Book Award in his Torts I, Property I, and Civil Procedure courses. Subsequently, Mr. Thompson transferred to Sandra Day O'Connor College of Law at Arizona State University where he earned his JD in 2011. Mr. Thompson was a member of Law Journal at Sandra Day O'Connor College of Law, participated in the Innovation Advancement Program's Legal Clinic, and graduated with a Certificate in Law, Science & Technology: Intellectual Property.