IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THOMAS E. WHATLEY III, | § | |
|    *Plaintiff* | § | |
| | § | |
| v. | § | Civil Action No. 4:11-cv-00493-RAS-DDB |
| | § | |
| CREDITWATCH SERVICES, LTD., | § | |
|    *Defendant*. | § | |

**NOTICE OF APPEARANCE AND DESIGNATION OF MARSHALL MEYERS AS *ATTORNEY-IN-CHARGE* FOR PLAINTIFF**

PLEASE TAKE NOTICE: Plaintiff Thomas E. Whatley, III hereby enters the appearance MARSHALL MEYERS and designates Mr. Meyers as the lead attorney-in-charge for Plaintiff in this action in place of Noah D. Radbil. This designation shall be effective as of October 7th, 2013. Mr. Meyers will attend all court proceedings or send a fully informed attorney with authority to bind Plaintiff. Please direct all future papers and notices in this matter to Mr. Meyers's attention using the following contact information:

    Marshall Meyers
    Weisberg & Meyers, LLC
    5025 N. Central Ave., #602
    Phoenix, AZ 85012

                                    WEISBERG & MEYERS, LLC

                                By: s/ Marshall Meyers
                                    Marshall Meyers
                                    5025 North Central Ave., Ste. 602
                                    Phoenix, AZ 85012
                                    Telephone: (888) 595-9111
                                    Facsimile: (866) 565-1327
                                    mmeyers@attorneysforconsumers.com

                                    *Attorney-in-Charge for Plaintiff*
                                    THOMAS E. WHATLEY III

# CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of October, 2013, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robbie Malone
Eugene Xerxes Martin
Robbie Malone, PLLC
8750 North Central Expressway # 1850
Dallas TX 75231

/s/Marshall Meyers
Marshall Meyers