IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THOMAS E. WHATLEY III, | § | |
|    *Plaintiff* | § | |
| | § | |
| v. | § | Civil Action No. 4:11-cv-00493-RAS-DDB |
| | § | |
| CREDITWATCH SERVICES, LTD., | § | |
|    *Defendant*. | § | |

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO FILE BILL OF COSTS

The court, having considered Plaintiff's Unopposed Motion to Extend Time to File Bill of Costs, GRANTS said Motion [de# 157] and the deadline is extended to April 21, 2014. The response was due seven (7) days thereafter. The court notes that the motion for bill of costs was indeed filed on April 21, 2014, and the response was filed on April 25, 2014.

**SIGNED this the 14th day of May, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE